# Morgan Lewis

**Ashley J. Hale**
Partner
+1.212.309.6878
ashley.hale@morganlewis.com

November 7, 2023

**VIA ECF**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Gray v. Walgreen Co. et al., No. 1:23-cv-7165

Your Honor:

We represent Defendants Walgreen Co., The 1901 Group, LLC (5016), and Patricia Conheeney in the above-referenced matter. Pursuant to Your Honor's Individual Rules 1(A) and 1(E), Defendants respectfully request that the current deadline for Defendants to respond to the Complaint, November 13, 2023, be extended for seven (7) days, to November 20, 2023. This is Defendants' first request for an extension of this deadline. Plaintiff has consented to this request.

Good cause exists for this extension because Defendants have recently retained the undersigned counsel, and this extension will provide counsel for Defendants the time needed to analyze the Complaint and its allegations and to prepare an appropriate response to the Complaint.

We thank the Court in advance for its consideration of this request.

Sincerely,

/s/ Ashley J. Hale
Ashley J. Hale

AJH

SO ORDERED
_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

11/8/23

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          T  +1.212.309.6000
United States                     F  +1.212.309.6001