```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ASHLEY GRAY,<br><br>                    Plaintiff,<br><br> -against-<br><br> WALGREEN CO., et al.,<br><br>                    Defendants. | No. 23-CV-7165 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the mediator's final report notifying the Court that agreement was reached on all issues (see dkt. no. 17), the Clerk of the Court shall mark this action closed, subject to reopening within thirty days.  Any motion pending in the above-captioned case is hereby denied as moot.

**SO ORDERED.**

Dated:    February 21, 2024
           New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge