UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY GRAY,<br><br>   Plaintiff,<br><br> v.<br><br>WALGREEN CO., THE 1901 GROUP, LLC (5016), and PATRICIA CONHEENEY,<br><br>   Defendants. | Civil Action No.: 1:23-CV-7165 |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: February 29, 2024

| THE HARMAN FIRM LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: _/s/ Walker G. Harman Jr._ | By: _/s/ Hanna Martin_ |
| Walker G. Harman<br>Evan K. Richardson<br>One Rockefeller Plaza, Floor 11<br>New York, NY 10020<br><br>*Attorneys for Plaintiff* | Ashley J. Hale<br>Hanna E. Martin<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |